**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

FILED

APR 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOVEREIGN INUPIAT FOR A LIVING ARCTIC; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants-Appellees, <br><br> CONOCOPHILLIPS ALASKA, INC.; et al., <br><br> Intervenor-Defendants-Appellees. | No. 23-35226 <br><br> D.C. No. 3:23-cv-00058-SLG <br> District of Alaska, Anchorage <br><br> ORDER |
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants-Appellees, <br><br> CONOCOPHILLIPS ALASKA, INC.; et al., <br><br> Intervenor-Defendants-Appellees. | No. 23-35227 <br><br> D.C. No. 3:23-cv-00061-SLG <br> District of Alaska, Anchorage |

MN/MOATT

Before: PAEZ, WATFORD, and FORREST, Circuit Judges.

Appellees' motions to file combined and oversized responses to the motions for injunctive relief (Docket Entry Nos. 13, 15 in No. 23-35226; Docket Entry Nos. 15, 19 in No. 23-35227) are granted.

The motions of the Alaska Congressional Delegation and Alaska State Legislature to file an amicus curiae brief (Docket Entry No. 26 in No. 23-35226; Docket Entry No. 28 in No. 23-35227) in support of appellees' responses in opposition to the motions for injunctive relief are granted.

The motions for injunctive relief pending appeal (Docket Entry No. 5 in No. 23-35226; Docket Entry No. 5 in No. 23-35227) are denied. *See Feldman v. Ariz. Sec'y of State's Office*, 843 F.3d 366, 367 (9th Cir. 2016) (discussing standard for injunction pending appeal).

We sua sponte consolidate these appeals. Appeal Nos. 23-35226 and 23-35227 are consolidated.

The opening briefs and excerpts of record are due May 2, 2023. The consolidated answering briefs are due May 30, 2023, or 28 days after service of the last opening brief, whichever is earlier. The optional reply briefs are due within 21 days after service of the last-served consolidated answering brief. All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* Circuit Advisory Committee Note to 9th Cir. R. 32-2.